**Order entered June 9, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00243-CV

### COLLEEN MARIE FISHER, Appellant

### V.

### PAUL M. COOKE, SR., Appellee

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-05882**

## ORDER

The reporter's record in this appeal has not been filed because appellant has not requested it. On May 12, 2021, we ordered appellant to file, no later than May 21, 2021, written verification she had requested the record. Although we cautioned her that failure to comply could result in the appeal being submitted without the reporter's record, appellant has not complied. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we further **ORDER** appellant to file her brief no later than July 9, 2021.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE